UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SALENA KAY HARDIE,<br><br>    Plaintiff(s),<br><br>v.<br><br>MELVIN LACKEY, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00581-NJK<br><br>**ORDER** |

This case involves alleged events in White Pine County, Nevada. *E.g.*, Docket No. 1 at ¶ 1. White Pine County is within the unofficial Northern Division of the Court. Local Rule IA 1-6. As such, this matter is properly transferred to the unofficial Northern Division. *See* Local Rule IA 1-8(a). Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the Northern Division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: May 21, 2025

                                                Nancy J. Koppe
                                              United States Magistrate Judge